## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-CR-0339-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  COLT FRANCIS MALONE,

     Defendant.

---

## <u>INDICTMENT</u>

---

The Grand Jury charges:

## <u>COUNT 1</u>

On or about June 18, 2019, in the State and District of Colorado, the defendant, COLT FRANCIS MALONE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## <u>FORFEITURE ALLEGATION</u>

1.     The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation alleged in Count 1 above involving a violation of Title 18, United States Code, Section 922(g)(1), the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

   a. the Springfield Armory XD-40, serial number US360827, that was seized on or about June 18, 2019 in the State and District of Colorado, and

   b. any and all ammunition associated with the firearm referenced above.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

2

A TRUE BILL


<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney


*s/Cyrus Y. Chung*
CYRUS Y. CHUNG
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Cyrus.Chung@usdoj.gov
Attorney for the United States