DEFENDANT:        COLT FRANCIS MALONE

AGE:              35

COMPLAINT         _____ Yes      __X__ No
FILED?
                  If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes    _X_ No
    If No, a new warrant is required

OFFENSE(S):       Count 1:  Possession of a Firearm/Ammunition by a Prohibited
                  Person, 18 U.S.C. § 922(g)(1)

LOCATION OF
OFFENSE:          El Paso County, Colorado

PENALTY:          Count 1:  NMT 10 years imprisonment, $250,000 fine, or both; NMT
                  3 years supervised release; $100 Special Assessment; if the
                  sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT
                  15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years
                  supervised release; $100 Special Assessment.

AGENT:            Adam Brewer
                  Task Force Officer, ATF

AUTHORIZED        Cyrus Y. Chung
BY:               Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.